AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Wisconsin

| | |
|---|---|
| Heather L. Stevens | ) |
| *Plaintiff* | ) ) ) |
| v. | )   Civil Action No. 11-cv-190-slc |
| County of La Crosse | ) ) ) |
| *Defendant* | ) |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   County of La Crosse
c/o Linda Stone, County Clerk
400 4th Street North-Room 1210
La Crosse, WI 54601

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Nicholas E. Fairweather
Hawks Quindel, S.C.
222 W. Washington Avenue, Suite 450
Post Office Box 2155
Madison, Wisconsin 53701-2155

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 3/16/2011                             s/ R. Blender, Deputy Clerk
                                            *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* La Crosse County
was received by me on *(date)* 3/17/11 .

☒ I personally served the summons on the individual at *(place)* County Clerk Ginny Dankmeyer 400 4th Street North, La Crosse, WI on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 3-17-11

_____
Server's signature

Mark J. Roubik
Printed name and title

P.O. Box 3024 La Crosse, WI 54602
Server's address

Additional information regarding attempted service, etc: