UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

HEATHER L. STEVENS,

    Plaintiff,

vs.                                  Case No.: 11-CV-190

COUNTY OF LA CROSSE,

    Defendant.

---

## DEFENDANT'S DISCLOSURE STATEMENT

---

The undersigned counsel of record for the defendant, La Crosse County, furnishes the following disclosure:

(1)     The full name of every party or amicus the attorney represents in this case.

**Response**: La Crosse County

(2)     Is said party a subsidiary or affiliate of a publicly owned corporation?

**Response**: No

(3)     Is there a publicly owned corporation, not a party to this case, that has a financial interest in the outcome?

**Response**: No

(4)     The name of all law firms whose partners or associates appear for the party or are expected to appear for the party in the Court.

**Response**: Crivello Carlson, S.C. has been retained to represent La Crosse County in this action.

Dated this  4th  day of April, 2011.

        CRIVELLO CARLSON, S.C.
        Attorneys for defendant, La Crosse County


BY:   s/ Amy J. Doyle
       AMY J. DOYLE
       State Bar No.: 1001333
       WILLIAM E. KEELER, III
       State Bar No.: 1059791

P.O. ADDRESS:
710 N. Plankinton Avenue, Ste. 500
Milwaukee, WI 53203
Phone: (414) 271-7722
Fax: (414) 271-4438
Email: adoyle@crivellocarlson.com
Email: wkeeler@crivellocarlson.com